FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2022

No. 04-21-00372-CV

**EAGLE ROCK TIMBER, INC.,**
Appellant

v.

**ROCK HARD RENTAL, LLC** and Solid Rock Crushing, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 18992B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its reply brief is GRANTED. Appellant's reply brief is due June 22, 2022. No further extension will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court